# AFFIDAVIT OF SERVICE

| **Case:** | **Court:** | **County:** | **Job:** |
|---|---|---|---|
| 25-CV-694 | United States District Court for the Western District of Wisconsin | | 14069762 |
| **Plaintiff / Petitioner:** Donald Osborne, Jr. | | **Defendant / Respondent:** Lincoln National Life Insurance Company | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Hawks Quindel | |
| **To be served upon:** Lincoln National Life Insurance Company, c/o Corporation Service Company | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cole Albert, Intern, Corporation Service Company, Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703

**Manner of Service:** Registered Agent, Sep 5, 2025, 11:00 am CDT

**Documents:** Summons in a Civil Action (Received Sep 3, 2025 at 3:00pm CDT), Complaint, Civil Cover Sheet, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Disclosure of Corporate Affiliations and Financial Interest

**Additional Comments:**
1) Successful Attempt: Sep 5, 2025, 11:00 am CDT at Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703 received by Cole Albert, Intern, Corporation Service Company. Age: 20-25; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 5'9"; Hair: Blonde. Served on an individual who claimed that they were authorized to accept service.

**Fees:** $60.00

Michael Jesse — 09/05/2025 **Date**

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

09/05/2025 — **Date**

06/27/2028 — **Commission Expires**

JESSICA L. BAXTER
NOTARY PUBLIC
STATE OF WISCONSIN